JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-00278-CJC(ANx)            Date: May 10, 2013

Title: KYLE D. DRIVER, ET AL. V. THE BANK OF NEW YORK MELLON, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE**

       On February 15, 2013, Plaintiffs Kyle Driver and Gwendolyn Driver (together, "Plaintiffs") filed this action against Defendants asserting several causes of action related to the property at 2142 North Derek Drive, Fullerton, CA 92831. (Dkt. No. 1.) On April 15, 2013, Defendants The Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc., Countrywide Home Loans, Inc., ReconTrust Company, N.A., Ingino CA Fund, LLC, and Thien "Don" Bui filed three separate motions to dismiss the Complaint. (Dkt. Nos. 5, 6, 8.) Plaintiffs' oppositions were due on April 29, 2013. *See* Local Rule 7-9. Plaintiffs, however, failed to file oppositions or any other papers related to these motions as of May 2, 2013. Accordingly, on May 2, 2013, the Court ordered Plaintiffs to show cause by May 9, 2013 why the case should not be dismissed for failure to prosecute, or in the alternative, why Defendants' motions should not be granted based on Plaintiffs' failure to timely file oppositions. (Dkt. No. 10.) Plaintiffs failed to respond to the Court's order. Accordingly, the Court **DISMISSES** Plaintiffs' action for their failure to prosecute and comply with the Court's May 2, 2013 Order. Defendants' motions to dismiss are **DENIED AS MOOT**, and the hearings set for May 20, 2013 are vacated and off calendar.

mtg

MINUTES FORM 11
CIVIL-GEN                                                                                         Initials of Deputy Clerk MU